## Gay Nineties, Inc. Liquor License Case.

Argued September 12, 1960. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (RHODES, P. J., absent).

*David Freeman*, with him *Josef Jaffe*, for appellant.

*Russell C. Wismer*, Special Assistant Attorney General, with him *George G. Lindsay* and *Horace A. Segelbaum*, Assistant Attorneys General, and *Anne X. Alpern*, Attorney General, for Pennsylvania Liquor Control Board, appellee.

OPINION PER CURIAM, November 16, 1960:

The order of the Court of Quarter Sessions of Philadelphia County is affirmed on the opinion of Judge MILNER for the court below reported at 22 Pa. D. & C. 2d 224.